United States Courts
Southern District of Texas
FILED

October 12, 2021
MJM:brr
Nathan Ochsner, Clerk of Court

Case 4:21-mj-02182   Document 1   Filed on 10/12/21 in TXSD   Page 1 of 5

4:21-mj-2182

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

93-0115-CR-MARCUS
NO. _____

18 USC § 401(3)
18 USC § 3146(a)(1)

MAGISTRATE
JOHNSON

UNITED STATES OF AMERICA

v.                                          INDICTMENT

GIRALDO NICOLAS HOYOS
_____/

The Grand Jury charges that:

### COURT I

On or about July 31, 1989, at Miami, Dade County, in the Southern District of Florida, the defendant,

**GIRALDO NICOLAS HOYOS,**

knowingly and willfully, and in disobedience and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given at Miami, Florida, on or about July 21, 1989, in <u>United States v. Giraldo Nicolas Hoyos, et at</u>, Case Number 89-471-CR-SCOTT, did fail to appear for arraignment as ordered by the Court; in violation of Title 18, United States Code, Section 401(3).

### COUNT II

On or about July 31, 1989, at Miami, Dade County, in the Southern District of Florida, the defendant,

**GIRALDO NICOLAS HOYOS,**

having previously been charged with violations of Title 18, United States Code, Sections 111, 371, and 2, that is, conspiracy to assault a federal agent and aiding and abetting in the assault on



a federal agent, offenses punishable by imprisonment for a term of five years or more, and having been released by the United States District Court for the Southern District of P.O. Florida pursuant to Title 18, United States Code, Section 3141 et seq., in United States v. Giraldo Nicolas Hoyos, et al, Case No. 89-471-CR-SCOTT, did knowingly fail to appear before said Court as required by the conditions of his release, in that the defendant failed to appear for arraignment on July 31, 1989, as ordered by said Court; all in violation of Title 18, United States Code, Section 3146(a)(1).

A TRUE BILL

FOREPERSON

ROBERTO MARTINEZ
UNITED STATES ATTORNEY

MICHAEL J. MULLANEY
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.:

VS.     **93-0115CR - MARCUS**

GIRALDO NICOLAS HOYOS     MAGISTRATE JOHNSON

### CERTIFICATE OF TRIAL ATTORNEY

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act Title 28 U.S.C. Section 3161.

3. This case will take <u>2 days</u> for the parties to try.

4. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) | |
|---|---|---|---|
| I. | 0 to 5 days   <u>2</u> | Petty | ___ |
| II. | 6 to 10 days | Minor | ___ |
| III. | 11 to 20 days | Misdem | ___ |
| IV. | 21 to 60 days | Felony | <u>X</u> |
| V. | 61 days and over | | |

5. Has this case been previously filed in this Court? <u>NO</u> (YES or No)
   If yes, Judge:     Case No.
   (Attach copy of dispostive order)

6. This case originated in the U.S. Attorney's office prior to August 16, 1985 <u>NO</u> (Yes or No)

MICHAEL J. MULLANEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

93-0115 CR - MARCUS

Defendant's Name: GIRALDO NICOLAS HOYOS   Case No.:

**COUNT #: 1**

18 USC 401(3)

MAGISTRATE
JOHNSON

**\*Max. Penalty:** DISCRETION OF THE COURT.
================================================================
**COUNT #: 2**

18 USC 3146(a)(1)

**\*Max. Penalty:** IMPRISONMENT NOT MORE THAN 5 YEARS.
================================================================
**COUNT #:**


**\*Max. Penalty:**
================================================================
**COUNT #:**


**\*Max. Penalty:**
================================================================
**COUNT #:**


**\*Max. Penalty:**
================================================================
\*Refers only to possible term of incarceration, does not
include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.
================================================================

93-0115

MAGISTRATE
JOHNSON

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of __FLORIDA_____

__CRIMINAL_____ Division

## THE UNITED STATES OF AMERICA

vs.

__GIRALDO NICOLAS HOYOS_____

## INDICTMENT

IN VIOLATION OF: 18 USC 401(3)
18 USC 3146(a)(1)

A true bill.

_____
Foreman

Filed in open court this _____ day,
of _MARCH_ A.D. 19_93_

_____
Clerk

Bail, $ _____

GRAND JURY INDICTMENT NO. 930018